This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42222**

**EVANGELINE TRUJILLO**
**f/k/a EVANGELINE TRUJILLO**
**ROMERO,**

      Petitioner-Appellant,

v.

**FRED MARTINEZ, Special**
**Administrator of the Estate of**
**EDMUND L. TRUJILLO, Deceased,**

      Respondent-Appellee,

and

**ESTHER TRUJILLO,**

      Intervenor-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Amber Chavez Baker, District Court Judge**

Elizabeth A. Honce
Albuquerque, NM

for Petitioner-Appellant

Jacob N. Sanchez
Albuquerque, NM

for Respondent-Appellee

Johnson Family Law PC
Barbara V. Johnson
Albuquerque, NM

for Intervenor-Appellee

**MEMORANDUM OPINION**

**DUFFY, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JANE B. YOHALEM, Judge**

**KATHERINE A. WRAY, Judge**